**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01222-CR

**ANGEL ESPINO PALOMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-63321-H**

## ORDER

The Court **GRANTS** court reporter Kendra Thibodeaux's December 6, 2103 request for an extension of time to file the reporter's record. We **ORDER** Ms. Thibodeaux to coordinate with Crystal Jones, official court reporter of the Criminal District Court No. 1, to file the complete reporter's record by **MONDAY, DECEMBER 30, 2013**.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal by **DECEMBER 28, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Crystal Jones, official court reporter, Criminal District Court No. 1; Kendra Thibodeaux, court reporter; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE